# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

> I am advised that neither the Government nor Probation objects to this application, which is hereby granted. Mr. Boreland is reminded that while he is on supervised release, he may not travel without permission from Probation.
>
> SO ORDERED.
>
> *Cathy Seibel*   5/5/22
> CATHY SEIBEL, U.S.D.J.

April 29, 2022

Via ECF
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re: *USA v. Dwayne Boreland*
           S2 19-Cr-325 (CS)

Dear Judge Seibel:

    On October 6, 2020 Dwayne Boreland was sentenced by you to time served and a three year term of supervised release. I am writing, at Mr. Boreland's request, for your permission to have his passport returned to him.

    Thank you for the Court's consideration of this request.

                              Respectfully submitted,

                              Kerry A. Lawrence

cc: AUSA Lindsey Keenan (via ECF)